**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re State Farm Mutual Automobile Insurance Company

Appellate case number:   01-19-00821-CV

Trial court case number:  2019-26133

Trial court:             113th District Court of Harris County

      Real party in interest, Amanda Marie Sanchez Garza, filed an unopposed motion for extension of time to file her response to relator's petition for writ of mandamus. The motion is **granted**. Real party in interest's response brief is due January 8, 2020.

      It is so ORDERED.


Judge's signature:_____/s/ Russell Lloyd_____
                          Acting individually


Date:  December 5, 2019